UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. WILLIAM H. WALLS |
| | CRIMINAL NO. 08-774 (WHW) |
| V. | **CONSENT ORDER** |
| | **MODIFICATION OF RELEASE** |
| VANCE HERNANDEZ | |

This matter having been opened to the Court by the defendant, Vance Hernandez, by his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with the government's consent, and for good cause shown;

IT IS, on this _____ day of August, 2009;

ORDERED that defendant VANCE HERNANDEZ shall reside at an address approved by Pretrial Services; and it is further

ORDERED that the third-party custodian, YOLANDA ROMAN-SANTOS, shall be replaced by the defendant's sister, KATRINA HERNANDEZ; and it is further

ORDERED that all other terms of defendant VANCE HERNANDEZ's Conditions of Release shall remain in force.

_____
HONORABLE WILLIAM H. WALLS
SENIOR UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the above Order.

RALPH J. MARRA, JR.
Acting United States Attorney

_____
By: Andre Espinosa
Assistant U.S. Attorney

_____
K. Anthony Thomas
Assistant Federal Public Defender